JAMES SNYDER, Appellant, *v.* MONROE ECKSTEIN BREWING COMPANY, Respondent, Impleaded with Others.

*Snyder* v. *Monroe Eckstein Brewing Co.*, 107 App. Div. 328, affirmed.
(Submitted March 15, 1907; decided April 2, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered September 20, 1905, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

*Henry W. Rianhard* for appellant.

*William D. Gaillard* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.